141 So. 925

## Janie RUTLAND v. STATE.
### 8 Div. 419.

Court of Appeals of Alabama.
March 29, 1932.

Rehearing Denied April 19, 1932.

Henry D. Jones, of Russellville, and F. S. Parnell, of Florence, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

**BRICKEN, P. J.**

This appellant was tried by the court without a jury. She was charged by indictment with violating the prohibition law. The judgment of conviction rendered by the court was proper and fully warranted under the evidence. No error appears.

Affirmed.